**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| Camilo AVILA-REYES, | ) | |
| | ) | Case No. 7:26-cv-138 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Immigration File No. |
| | ) | A# 222-542-578 |
| | ) | |
| WARDEN, IRWIN COUNTY DETENTION | ) | |
| CENTER | ) | |
| | ) | |
| Respondent. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

**NOW, COMES** Petitioner, by and through counsel, and hereby gives Notice of Voluntary

Dismissal Without Prejudice against Respondent under Federal Rule of Civil Procedure

41(a)(1)(A)(i). A bond hearing was provided for the Petitioner on May 11, 2026.

Dated: May 29, 2026

SO ORDERED this __2nd__ day
of __June, 2026__ .

_W. Louis Sands_
**W. Louis Sands, Sr. Judge**
**United States District Court**

Respectfully submitted,

/s/ Jeremy L. McKinney

Jeremy L. McKinney
**McKinney Immigration Law**
Post Office Box 1800
Greensboro, North Carolina 27402
Telephone: (336) 275-5885
Facsimile: (336) 275-6045
Attorney for Petitioner

## CERTIFICATE OF SERVICE

I certify on May 29, 2026, the foregoing document was served on all parties or their respective counsel of record through the CM/ECF system therefore no certificate of service is required.

Date: May 29, 2026

/s/ Jeremy L. McKinney
Jeremy L. McKinney
jeremy@mckinneyimmigration.com
North Carolina Bar Number: 23318
Post Office Box 1800
Greensboro, North Carolina 27402
(336) 275-5885
Attorney for Petitioner

## CERTIFICATE OF COMPLIANCE

I hereby certify that the document to which this certificate is attached has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1 for documents prepared by computer.

Date: May 29, 2026

/s/ Jeremy L. McKinney
Jeremy L. McKinney
jeremy@mckinneyimmigration.com
North Carolina Bar Number: 23318
Post Office Box 1800
Greensboro, North Carolina 27402
(336) 275-5885
Attorney for Petitioner